USPO/MDGA
Sep 2017
TAP 13

United States District Court
Middle District of Georgia



## ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender:** Robert Shawn Parker | **Case Number:** 7:18CR17

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| P- 4754473-20231212-1 | 1 | Samsung A51 Cell Phone |

**Reason For Request:** Robert Shawn Parker is approved to possess one cell phone which can be reviewed by the U.S. Probation Office. Parker has voluntarily requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_Clayton Hester_ (signature)                             May 17, 2024
Clayton B. Hester                                         Date
Special Offender Specialist

### ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_W. Louis Sands_ (signature)                             5/17/2024
United States District Judge                              Date